# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN YARPEZESHKAN and MARYAM YARPEZESHKAN,<br><br>                      Plaintiffs,<br><br>   v.<br><br>BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC SYSTEMS, INC.; REAL TIME RESOLUTIONS, INC.; THE BANK OF NEW YORK MELLON as Trustee for the Certificate Holders of the CWALT formerly known as The Bank of New York; ALTERNATIVE LOAN TRUST 2006-0A19; MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-0A19 and Successor Trustee to J.P. Morgan Chase Bank, N.A.. as Trustee on Behalf of the Certificate Holders of the CWHEQ Inc.; and CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-G,<br><br>                   Defendants. | CASE NO. 14-cv-237 JM (BGS)<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS ACTION WITHOUT PREJUDICE |

On July 2, 2014, Plaintiffs filed a motion to voluntarily dismiss this action in its entirety, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2). (Dkt. No. 14). Having reviewed Plaintiffs' motion and given the status of the case, the motion to voluntarily dismiss this action without prejudice is GRANTED. The Clerk of Court is directed to close the case.

    IT IS SO ORDERED.

DATED: July 7, 2014

                                        _____
                                     Hon. Jeffrey T. Miller
                                     United States District Judge